UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALBERT J. MARQUEZ,

      Plaintiff,

v.                                       Case No. 1:23-CV-00795 KG-JHR

UNITED STATES OF AMERICA, and
CRYSTAL CLEAR MAINTENANCE, INC.

      Defendants.

## ORDER SETTING ASIDE ENTRY OF DEFAULT

This matter comes before the Court on this Court's Order Setting Aside Entry of Default, filed January 22, 2023.[1] (Doc. 26). Plaintiff filed his Declaration Supporting Plaintiff's Fees and Costs, filed February 13, 2024, (Doc. 32), and Defendant Crystal Clear Maintenance, Inc. filed its Non-Objection to Plaintiff's Declaration Supporting Fees and Costs on February 20, 2024, (Doc. 33). Considering Plaintiff's declaration and Defendant's non-objection, the Court awards Plaintiff's its attorney's fees.

Defendant has indicated that it has already issued a check and forwarded it directly to Plaintiff's counsel. (Doc. 33). Thus, Defendant has satisfied the condition this Court imposed in order to set aside the Clerk's Entry of Default.

IT IS ORDERED that:

- The Clerk shall set aside the Clerk's Entry of Default.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court's Order Setting Aside Entry of Default was conditioned on Defendant's payment of reasonable attorney's fees to Plaintiff. (Doc. 26).